IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| National Electrical Benefit Fund, and | : | |
| National Electrical Annuity Plan | : | Case No. 3:12-mc-00007 |
| Judgment Creditors, | : | |
| vs. | : | Judge Timothy S. Black |
| | | Magistrate Judge Sharon L. Ovington |
| Bright Street LLC, | : | |
| Judgment Debtor. | : | |

**ORDER**

This case is before the Court upon Judgment Creditors National Electric Benefit Fund (NEBF) And National Electric Annuity Plan's (NEAP's) Amended Motion For Order Of Garnishment Of Property Other Than Personal Earnings (Doc. #12) and the record as a whole. The record establishes that on January 20, 2012, the United States District Court for the District of Maryland entered a final judgment in favor of NEBF in the total amount of $15,089.06 and a final judgment in favor of NEAP in the total amount of $33,293.53. Those Judgments have been registered in this case. (Doc. #1). The Judgment Creditors believe that the Judgment Debtor Bright Street LLC has funds on deposition, which are non-exempt interests subjection to garnishment, in the following institution:

**First Financial Bank**, 3210 Seajay Drive, Beavercreek, Ohio 45430

Accordingly, the Judgment Creditors' Amended Motion For Order Of Garnishment Of Property Other Than Personal Earnings (Doc. #12) is **GRANTED**. A Writ of Continuing Garnishment in the amount of $15,089.06 is hereby **RE-ISSUED** in favor of Judgment Creditor National Electric Benefit Fund and against Judgment Debtor Bright Street LLC. A Writ of

Continuing Garnishment in the amount of $33,293.53 is hereby **RE-ISSUED** in favor of Judgment Creditor National Electric Annuity Plan and against Judgment Debtor Bright Street LLC.

June 6, 2012

/s/ Sharon L. Ovington
Sharon L. Ovington
United States Magistrate Judge